DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-6422
Fax:              (202) 307-0054
E-mail:   Amy.T.Matchison@usdoj.gov
               Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX, LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly had authority over any combination of accounts held with OX Labs Inc., d/b/a SFOX, SFOX Inc., sfox.com, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "SFOX"), with at least the equivalent of $20,000 in value of transactions (regardless of type) in cryptocurrency in any one year, for the period January 1, 2016 through December 31, 2021. | Case No.<br><br>**UNITED STATES' EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

The United States of America, by and through undersigned counsel, hereby petitions the Court for an order authorizing service of an Internal Revenue Service "John Doe" summons to Ox Labs Inc. and Subsidiaries for information related to transactions in cryptocurrency. In support, the United States avers as follows:

1

1. This ex parte proceeding is commenced pursuant to §§ 7402(a), 7609(f), and 7609(h) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons on Ox Labs Inc. and Subsidiaries.

2. The Court has jurisdiction over this proceeding pursuant to §§ 7402(b) and 7609(h)(1) of the Internal Revenue Code and 28 U.S.C. §§ 1340 and 1345.  Venue properly lies within this district.

3. This proceeding is appropriate for assignment to the Western Division because Ox Labs Inc. and Subsidiaries is headquartered in Los Angeles.

3. The IRS has launched an investigation to determine the correct federal income tax liabilities for taxable years 2016-2021 of United States taxpayers who have conducted transactions in cryptocurrency.  The taxpayers being investigated have failed or potentially have failed to comply with U.S. internal revenue laws requiring the reporting of taxable income from cryptocurrency transactions.

4. In furtherance of this investigation, the IRS seeks permission to serve, under the authority of § 7602 of the Internal Revenue Code, an administrative "John Doe" summons to Ox Labs Inc. and Subsidiaries.  A copy of the proposed summons is attached as Exhibit 6 to the Declaration of Seng Tchong Lee, an Internal Revenue Service Senior Revenue Agent.

5. The "John Doe" summons relates to the investigation of an ascertainable group or class of persons, that is, United States taxpayers who directly or indirectly had authority over any combination of accounts held with Ox Labs Inc., d/b/a SFOX, SFOX

Inc., sfox.com, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "SFOX"), with at least the equivalent of $20,000 in value of transactions (regardless of type) in cryptocurrency in any one year, for the period January 1, 2016 through December 31, 2021.

6. There is a reasonable basis for believing that such group or class of persons may fail, or may have failed, to comply with one or more provisions of the internal revenue laws.

7. The information sought to be obtained from the examination of the records (and the identity of the persons with respect to whose tax liabilities the summons will issue) is not readily available from other sources.

8. The information sought to be obtained from SFOX is narrowly tailored to information that pertains to the failure or potential failure of that group or class of persons to comply with one or more provisions of the internal revenue laws.

9. In support of this Petition, the United States submits the Declaration of Seng Tchong Lee, the exhibit attached thereto, and a supporting memorandum.

Dated this 8th day of August, 2022.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice